WALTER N. SMITH, Appellant, *v.* F. H. LAGUARDIA, as Mayor of the City of New York, et al., Respondents.

(Submitted September 30, 1935; decided October 8, 1935.)

*Paul Windels,* Corporation Counsel (*Paxton Blair* of counsel), for motion.

*Walter N. Smith,* in person, opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.